UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-518-F

| | |
|---|---|
| J.H., a Minor, by her Next Friend, ANGELA HENDERSON; ANGELA HENDERSON; and JOBE HENDERSON,<br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　Defendant. | O R D E R |

The Motion to Withdraw and Seal Plaintiffs' Motion to Seal Documents [DE-12] is ALLOWED. The plaintiffs' Motion to Seal Documents [DE-6] is DENIED as moot.

It further is DIRECTED that all documents filed by the plaintiffs pertaining to the opening of this case which identify the minor plaintiff's name shall be filed and maintained UNDER SEAL.

SO ORDERED.

This, the 3rd day of October, 2011.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　Senior U.S. District Judge